UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

Plaintiff,

– v. –

iTEOS THERAPEUTICS, INC.,

Nominal Defendant,

– and –

AARON I. DAVIS, JOE LEWIS, BOXER CAPITAL, LLC, and BOXER ASSET MANAGEMENT, INC.,

Defendants.

ECF CASE

No. 22-cv-4732 (AKH)

*motion granted 11-14-22* [signed]

## MOTION OF DENNIS J. DONOGHUE
## FOR SUBSTITUTION AS PLAINTIFF UNDER RULE 25(a)(1)

NOTICE IS HEREBY GIVEN that Dennis J. Donoghue, acting in his capacity as the Administrator With Limitations of the non-probate estate of Deborah Donoghue, the named plaintiff in this action, respectfully moves this Court for an order substituting him as plaintiff under Federal Rule of Civil Procedure 25(a)(1) and, in support of the motion, submits the accompanying affirmation and memorandum of law.

Dated: Southampton, New York
November 10, 2022

David Lopez, Esq.
Law Office of David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel: 631.287.5520
E-Mail: DavidLopezEsq@aol.com