# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZSQ@AOL.COM

December 14, 2022

Hon. Alvin K. Hellerstein
Judge, U.S. District Court
Southern District of New York
*VIA ECF*

Re: *Donoghue v. iTeos Therapeutics, Inc. et al.*, 22 Cv 4732 (AKH)
    Request For 30 Day Stay of Proceedings – Case Settled In Principle

Your Honor:

I am one of Plaintiff's attorneys of record and I write with the knowledge and consent of defense counsel to inform the court of a settlement in principle and to request a 30 day stay of all case proceedings to allow the parties time to negotiate formal settlement papers.

Very truly yours,

David Lopez
*Plaintiff's Attorney*

DL/el
Cc: All counsel of record via ECF

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 12/15/22