# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

January 12, 2023

Hon. Alvin K. Hellerstein
Judge, U.S. District Court,
Southern District of New York

**Via ECF**

Re: **Donoghue v. iTEOS Therapeutics, Inc., 22-cv-4732 (AKH)**
    **Request for Additional Time to Reopen Case Under Conditional Dismissal**

Your Honor:

The above-captioned case was dismissed on December 15, 2022, conditioned on reopening on application by any party within 30 days.

I have been notified by defense counsel that he will need additional time to obtain client consent to settlement terms.

As plaintiff's counsel I respectfully request an additional two weeks to conclude settlement documentation. If this request is not granted I request alternatively that the case be reopened.

This is a first request for this relief.

Very truly yours,

David Lopez

DL/el
Cc: All Counsel of Record Via ECF

*So ordered*
*1-12-23*
*[signed] AK Hellerstein*