UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DONOGHUE,

                      Plaintiff,

    v.

ITEOS THERAPEUTICS. INC. et al.,

                    Defendants.
-------------------------------------------------------------- X

**ORDER**

22 Civ. 4732 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to terminate the open motion (ECF No. 32) and close the case.

      SO ORDERED.

Dated:    February 13, 2023                    /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                        United States District Judge